UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

JOHANNES KLINGE,

                                              Plaintiff,          **STIPULATION OF**
                                                                    **DISMISSAL WITH**
          -against-                                                     **PREJUDICE**

PS 721K BOARD OF EDUCATION NYC,              11 CV 3949 (KAM) (LB)

                                              Defendant.

-----------------------------------------------------------------------x

        **IT IS HEREBY STIPULATED AND AGREED** by the attorneys for the parties herein that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice as to all defendants.

Dated:       New York, New York
               June ~~May~~ 28 2012

| | |
|---|---|
| Locksley O. Wade, LLC | MICHAEL A. CARDOZO |
| Attorneys for Plaintiff | Corporation Counsel of the |
| 110 Wall Street, 11th Floor |   City of New York |
| New York, New York 10005 | Attorney for Defendant |
| (212) 933-9180 | 100 Church Street, Room 2-144 |
| wade@wadefirm.com | New York, New York 10007 |
| | Tel: (212) 788-0883 |
| | dgomez@law.nyc.gov |
| By: _____ | By: _____ |
|      Locksley O. Wade |      Daniel Gomez-Sánchez |
| |      Assistant Corporation Counsel |